UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELINE BRYKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 11-cv-2971(CS) |
| v. ) | |
| ) | |
| COLLECTION BUREAU OF THE ) | |
| HUDSON VALLEY, INC., ) | |
| ) | |
| Defendant. ) | |

Notice of Dismissal

PLEASE TAKE NOTICE that the above-entitled action is dismissed against all Defendants with prejudice.

Dated: New York, New York
November 16, 2011

Respectfully submitted,

/s/ Brian L. Bromberg
Brian L. Bromberg
Plaintiff's Attorney

Attorneys for Plaintiff
Brian L. Bromberg
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, NY 10005
(212) 248-7906

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-17-11

SO ORDERED:

*Cathy Seibel*
Honorable Cathy Seibel

Dated: 11/17/11

The Clerk shall close the case.

## Certificate of Service

I, Brian L. Bromberg, an attorney, hereby certify that I caused to be served on the following defendants the foregoing documents on November 16, 2011 by regular first-class mail addressed to:

Collection Bureau of the Hudson Valley, Inc.
155 North Plank Road
PO Box 831
Newburgh, NY 12551

Dated:   New York, New York
         November 16, 2011

/s/ Brian L. Bromberg
Brian L. Bromberg
